United States District Court
Southern District of Texas
**ENTERED**
July 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAXMI DEVI SARWAL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-16-00247 |
| § | |
| DAVID SHULKIN, Secretary, § | |
| U.S. Department of Veterans Affairs, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed. Each party is to bear its own costs.

SIGNED on July 14, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge